McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD EARL TIBBETTS, <br><br> Defendant. | Case No: 1:18-cr-00241 DAD/BAM <br><br> **STIPULATION TO (1) VACATE AUGUST 12, 2019 STATUS CONFERENCE AND (2) SET SEPTEMBER 3, 2019 CHANGE OF PLEA HEARING; ORDER** <br><br> Ctrm: 5 <br><br> Hon. Dale A. Drozd |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brian W. Enos, counsel for the government, and Michael W. Berdinella, counsel for defendant Richard Earl Tibbetts ("defendant"), that this action's **Monday, August 12, 2019 status conference be vacated,** and a **change of plea hearing instead be set for Tuesday, September 3, 2019, at 10:00 a.m.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause. Specifically, the parties reached an agreed resolution regarding this case. Based on this mutually agreed resolution, on July 19, 2019 the United States filed a fully executed plea agreement on behalf of all parties. Doc. 19. The parties have since

1

contacted chambers regarding potential dates wherein the court could hold a change of plea hearing, and pursuant to these efforts learned that both the parties and the court are available on September 3, 2019. As a result, the August 12, 2019 status conference is no longer necessary to further the progress of the case.

For the above stated reasons, the stipulated continuance will conserve time and resources both for the parties and the court, and any delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C.§§ 3161(h)(1)(G), (h)(7)(A) and (h)(7)(B)(i) .

IT IS SO STIPULATED.

(*As authorized 7/25/19*)

Dated: July 25, 2019                By:   /s/ Michael W. Berdinella
                                          Michael W. Berdinella, Esq.
                                          Attorney for Defendant
                                          Richard Earl Tibbetts

Dated: July 25, 2019                      McGREGOR W. SCOTT
                                          United States Attorney

                                    By:   /s/ Brian W. Enos
                                          Brian W. Enos
                                          Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   **July 25, 2019**          _____
                                    UNITED STATES DISTRICT JUDGE

2